UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD YIAKUB HOSSAIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>USCIS, et al.,<br><br>　　　　Defendants. | No.  2:24-cv-01362 DJC AC PS<br><br><br>ORDER |

　　　　Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On August 28, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 10.  Neither party has filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

///

////

1

1. The findings and recommendations filed August 28, 2024, are adopted in full;

2. This action is dismissed for lack of jurisdiction; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 20, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE